Michael Gandolfo ALBANESE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59333.

Missouri Court of Appeals,
Western District.

March 19, 2002.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, HAROLD L. LOWENSTEIN, Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

Michael Albanese appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explain-

ing our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).